UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID TISDALE, | ) | CASE NO. CV 11-786-AHM (PJW) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| R.P. GUTIERREZ, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions, notwithstanding Petitioner's impressively heart-felt efforts to frame persuasive objections.

DATED: September 23, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\LA11CV00786AHM-O.wpd