1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10   DAVID TISDALE,                  )  CASE NO. CV 11-786-AHM (PJW)
                                     )
11                 Petitioner,       )
                                     )  ORDER ACCEPTING REPORT AND
12          v.                       )  ADOPTING FINDINGS, CONCLUSIONS,
                                     )  AND RECOMMENDATIONS OF UNITED
13   R.P. GUTIERREZ,                 )  STATES MAGISTRATE JUDGE
                                     )
14                 Respondent.       )
     _____)

15

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

17   the records on file, and the Report and Recommendation of United

18   States Magistrate Judge and has considered *de novo* the portions of the

19   Report as to which objections have been filed.  The Court accepts the

20   Magistrate Judge's Report and adopts it as its own findings and

21   conclusions, notwithstanding Petitioner's impressively heart-felt

22   efforts to frame persuasive objections.

23

24        DATED: September 23, 2011

25

26                              _____

27                              A. HOWARD MATZ
                                UNITED STATES DISTRICT JUDGE
28

C:\Temp\notesE1EF34\LA11CV00786AHM-O.wpd