UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TISDALE,<br><br>        Petitioner,<br><br>    v.<br><br>R.P. GUTIERREZ,<br><br>        Respondent. | Case No. CV 11-786-AHM (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: September 22, 2011

                                        A. HOWARD MATZ
                                        UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\LA11CV00786AHM-J.wpd