UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID TISDALE, | ) | Case No. CV 11-786-AHM (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| R.P. GUTIERREZ, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: September 22, 2011

/s/ A. Howard Matz

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\LA11CV00786AHM-J.wpd